UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBERT E. SMITH; LINDA M. SMITH,

          Plaintiffs,

-vs-                                            Case No. 2:09-cv-640-FtM-29SPC

BONITA BAY PROPERTIES, INC., a Florida corporation,

          Defendant.
_____

## ORDER

This matter comes before the Court on the Defendant's Unopposed Motion for Extension of Time to Conduct the Mediation Conference and Stipulation to Appoint Tara Miller Dane as Mediator (Doc. #25) filed on May 24, 2010. District courts have broad discretion in managing their cases. Chrysler Int'l Corp. v. Chenaly, 280 F.3d 1358, 1360 (11th Cir. 2002). The broad discretion given to the court includes the management of pretrial activities such as discovery and scheduling. Id. (citing Johnson v. Bd. of Regents of Univ. Georgia, 263 F.3d 1234, 1269 (11th Cir. 2001).

The parties move the Court for an enlargement to the deadline to conduct the mediation conference and re-designate the mediator. As grounds, Counsel indicates the parties previously agreed to utilize Theodore Tripp, Esq., however, Mr. Tripp is unable to conduct the mediation. The parties have now agreed to use Tara Miller Dane Mediation Services, 1110 Fifth Avenue South, Suite 201, Naples, Florida, to conduct the mediation conference. Further, an extension of time is sought due to scheduling conflicts. Having considered the motion, the Court finds good cause and will grant the relief requested as outlined below.

Accordingly, it is now

**ORDERED:**

The Defendants Unopposed Motion for Extension of Time to Conduct the Mediation Conference and Stipulation to Appoint Tara Miller Dane as Mediator (Doc. #25) is **GRANTED**. The Mediation deadline shall be extended to **JULY 23, 2010** and Tara Miller Dane Mediation Services, 1110 Fifth Avenue South, Suite 201, Naples, Florida shall be the designated mediator.

**DONE AND ORDERED** at Fort Myers, Florida, this ___9th___ day of June, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record